STATE OF NEW JERSEY v. LOUIS K. WATSON, ETC.

March 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ELISHA WESTON.

March 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH BLACK.

March 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM MORRISON.

March 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT PARRISH.

March 21, 1989.

Petition for certification denied.